WARWICK BUS SERVICE, INC. v. DONALD W. DOWNER.

March 16, 1976. Petition for certification denied.

### THEODORE THOMAS v.
### THE ESSEX COUNTY WELFARE BOARD.

March 16, 1976. Petition for certification denied.

EDWARD DeBELLIS v. JOHN F. INGANAMORT.

March 16, 1976. Petition for certification denied.

GEORGE F. ROBERTS v. CITY OF SOMERS POINT.

March 16, 1976. Petition for certification denied.

NIFRED SMITH v. BOROUGH OF BARNEGAT LIGHT.

March 16, 1976. Petition for certification denied.

GERALDINE BRITT v. DRUG FAIR.

March 16, 1976. Cross-petition for certification denied.